**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Alexandria Division**

| | |
|---|---|
| **In re:** <br><br> **Gaukhar Kabulovna Kussainova** <br><br>   Debtor. | Case No. 19-12371-BFK <br><br> Chapter 11 <br><br> Hearing:   March 23, 2021, at 11:00 am |

**Notice of Motion and Notice of Hearing**

The Office of the U.S. Trustee has filed papers with the court:

(1) to dismiss or convert this case to a case under chapter 7 pursuant to Section 1112(b)(4) of the Bankruptcy Code.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven days before the scheduled hearing, **Tuesday, March 23, 2021, at 11:00 am** you or your attorney must:

■   File with the court, United States Bankruptcy Court, 200 S Washington Street, Alexandria, VA 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

■   Attend the hearing scheduled to be held on **Tuesday, March 23, 2021, @ 11:00**

John P. Fitzgerald, III
Acting United States Trustee
For Region 4
Jack Frankel, Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 608-5833
Jack.I.Frankel@USDOJ.GOV

**o'clock a.m.**  United States Bankruptcy Court, Courtroom I, 2nd Floor, 200 South Washington Street, Alexandria, Virginia 22314. **Hearing may be conducted remotely**. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

Beginning on February 1, 2021, and continuing until further notice, unless otherwise ordered, all proceedings before Bankruptcy Judge Brian F. Kenney in the Court's Alexandria Division, will be conducted by video conference via Zoom for Government in accordance with the Standing Order dated March 16, 2020, and currently extended through February 28, 2021, by entry of the Standing Order dated November 25, 2020, and the Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information webpage.  Any participant wishing to appear via Zoom for Government must pre-register and must also follow the procedures set forth on the Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information webpage.

Parties wishing to participate in hearings via Zoom for Government must transmit, via e-mail, a completed request form, linked here as a PDF-fillable request form, by the requesting party to the appropriate bankruptcy judge's chambers, as follows:

For Judge Kenney's chambers:  EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov

■          A copy of any written response must be mailed to the following persons:

■               United States Trustee, Region IV
                1725 Duke Street, Suite 650
                Alexandria, VA 22314

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

          John P. Fitzgerald, III
          Acting United States Trustee
          For Region 4

          /s/  Jack Frankel
          Jack Frankel, Attorney
          Office of United States Trustee
          1725 Duke Street, Suite 650
          Alexandria, VA 22314

(703) 608-5833 (telework)

## Certificate of Service

    I hereby certify that on the 17th day of February, 2021, I mailed, United States mail, first class, postage prepaid, a true copy of this motion and notice of motion and hearing to the Debtor and e-mailed a copy to the Debtor's attorney.

| | |
|---|---|
| **Steven B. Ramsdell, Esq.**<br>Tyler, Bartl & Ramsdell, P.L.C.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314<br>Email: sramsdell@tbrclaw.com | **Gaukhar Kabulovna Kussainova**<br>8200 Sparger St.<br>McLean, VA 22102-1752 |

/s/  Jack Frankel