# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Gaukhar Kabulovna Kussainova **Case Number:** 19-12371-BFK

**Date Case was filed:** 7/19/2019

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | 2019 Income | 2019 Expenses | 2019 Net Inc/(Loss) | 2020 Income | 2020 Expenses | 2020 Net Inc/(Loss) |
|---|---|---|---|---|---|---|
| Jan | | | - | 1,062,730 | 73,804 | 988,927 |
| Feb | | | - | 217 | 7,107 | (6,890) |
| Mar | | | - | - | 29,635 | (29,635) |
| Apr | | | - | 51 | 4,564 | (4,513) |
| May | | | - | 1,245 | 5,051 | (3,806) |
| Jun | | | - | 3,761 | 6,948 | (3,187) |
| Jul | 1,087 | 633 | 454 | 140 | 4,269 | (4,129) |
| Aug | 4,958 | 18,463 | (13,505) | | 1,850 | (1,850) |
| Sep | 4,958 | 30,946 | (25,988) | 1,632 | 948 | 684 |
| Oct | 5,284 | 6,357 | (1,074) | | 1,267 | (1,267) |
| Nov | 4,991 | 25,962 | (20,971) | | 597 | (597) |
| Dec | 4,958 | 4,179 | 779 | 600 | 640 | (40) |
| **TOTAL** | 26,235 | 86,540 | (60,305) | 1,070,375 | 136,680 | 933,695 |