## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| **GAUKHAR K. KUSSAINOVA,** | ) **Case #19-12371-BFK** |
| | ) **(Chapter 11)** |
| Debtor-In-Possession. | ) |
| | ) |

## NOTICE OF FILING MONTHLY OPERATING REPORTS

PLEASE TAKE NOTICE that Gaukhar K. Kussainova, the Debtor and

Debtor-In-Possession in the above-captioned case, by counsel, hereby files her attached monthly

operating reports for the period January 1 through January 31, 2021.

GAUKHAR K. KUSSAINOVA
By counsel

/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
Tyler, Bartl & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314
(703) 549-5003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice, together with the attached
monthly operating reports, was served on this 24th day of February, 2021 on all parties registered
to receive service through the Court's ECF system.

/s/Steven B. Ramsdell
Steven B. Ramsdell

**DEBTOR:** Gaukhar Kabulovna Kussainova    **CASE NUMBER:** 19-12371-BFK

## OFFICE OF THE UNITED STATES TRUSTEE
## DISTRICT OF ALEXANDRIA/DISTRICT OF COLUMBIA DIVISIONS
## MONTHLY OPERATING REPORT
## CHAPTER 11
## INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** 1/1/2021 - 1/31/2021

---

**THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH**

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Flow Statement (Page 2) |
| [X] | [ ] | 2. Cash Reconciliation(s) and Narrative (Page 3) |
| [X] | [ ] | 3. Cash Receipts Detail (Page 4) |
| [X] | [ ] | 4. Cash Disbursements Detail (Page 5) |
| [X] | [ ] | 5. Receipts and Disbursements Recap Case to Date (Page 6) |
| [X] | [ ] | 6. Bank Statements for All Bank Accounts (remember to redact all but last four digits of bank account number) |

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | yes | |
| 2. Are all insurance policies current and in effect? | yes | |
| 3. Have all taxes been timely filed and paid? | yes | |
| 4. Did you pay all your bills on time this month? | yes | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | yes | |
| 6. Did you borrow money from anyone this month? | no | |
| 7. Did you paid any bills you owed before you filed for bankruptcy? | no | |
| 8. Do you have any bank accounts open other than the DIP account? | no | |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 2/8/2021    **Signature (Debtor):**

**Print name:** Gaukhar Kabulovna Kussainova

**Signature (Co-Debtor, if one):**

**Print name:**

Rev. 2012-06
PAGE 1

**DEBTOR:**  Gaukhar Kabulovna Kussainova          **CASE NUMBER:**  19-12371-BFK

## CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

| CASH FLOW SUMMARY (SEE NOTE A) | Month Reporting:<br>1/1/2021 - 1/31/2021 |
|---|---|
| 1. **Beginning Cash Balance** | $      948,911.83 (1) |
| 2. **Cash Receipts** | |
| Wages | 0.00 |
| Sole Proprietorship Revenues | 0.00 |
| Draws from owned entities other than Sole Prop | 0.00 |
| Rental Income | |
| Other | 600.00 |
| Total Cash Receipts | $      600.00 |
| 3. **Cash Disbursements** | |
| Rent or home mortgage payment | $      0.00 |
| Utilities and Telephone Expenses | |
| Home maintenance (repairs/upkeep) | |
| Food / Groceries | |
| Insurance payments | |
| Installment payments (including auto) | 597.46 |
| Transportation (not including car payments) | |
| Legal / Professional Fees / U.S. Trustee Fees | |
| Sole Proprietorship Expenses | 0.00 |
| Rental property expenses / repairs | 0.00 |
| Other | |
| Other | |
| Other | |
| Miscellaneous | |
| Total Cash Disbursements | $      597.46 |
| 4. **Net Cash Flow for Month (Total Cash Receipts less Total Cash Disbursements)** | 2.54 |
| 5. **Ending Cash Balance** | $      948,914.37 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 597.46 |
| Less: Transfers between bank accounts | |
| Add: Any amounts paid on behalf of the debtor by others    Jody Hudson | 4146.48 |
| **Disbursements for U.S. Trustee Fee Calculation** | **4,743.94** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*          Rev. 2012-06

*(1) Current month beginning cash balance should equal the previous month's ending balance.*          PAGE 2

**DEBTOR:** Gaukhar Kabulovna Kussainova          **CASE NO:** 19-12371-BFK

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:   1/1/2021   to   1/31/2021

*(attach additional sheets as necessary)*

### Debtor In Possession Account:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 1/4/21 | US treasury | stimulus check | 600.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Total automatic credits for the month which identify source of deposit** _____

**Total Cash Receipts**   $   600.00 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2012-06
PAGE 4

**DEBTOR:** Gaukhar Kabulovna Kussainova          **CASE NO:** 19-12371-BFK

### CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period:    1/1/21    to    1/31/21

*(attach additional sheets as necessary)*

## Debtor In Possession Account:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 1/11/21 | debit | Toyota pay TFS | Car payment | 597.46 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total automatic debits for the month which identify who is paid

|  | | | **Total Cash Disbursements** | $    597.46 (1) |
|--|--|--|------------------------------|-----------------|

**(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.**

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2012-06
PAGE 5

# INCOME AND DISBURSEMENTS RECAP

Debtor: Gaukhar Kabulovna Kussainova Case Number: 19-12371-BFK

Date Case was filed: 7/19/2019

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | 2019 | | | 2020 | | | 2021 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | | 1,062,730 | 73,804 | 988,927 | 600 | 597 | 933,098 |
| Feb | | | | 217 | 7,107 | (6,890) | | | |
| Mar | | | | | 29,635 | (29,635) | | | |
| Apr | | | | 51 | 4,564 | (4,513) | | | |
| May | | | | 1,245 | 5,051 | (3,806) | | | |
| Jun | | | | 3,761 | 6,948 | (3,187) | | | |
| Jul | 1,087 | 633 | 454 | 140 | 4,269 | (4,129) | | | |
| Aug | 4,958 | 18,463 | (13,505) | | 1,850 | (1,850) | | | |
| Sep | 4,958 | 30,946 | (25,988) | 1,632 | 948 | 684 | | | |
| Oct | 5,284 | 6,357 | (1,074) | | 1,267 | (1,267) | | | |
| Nov | 4,991 | 25,962 | (20,971) | | 597 | (597) | | | |
| Dec | 4,958 | 4,179 | 779 | 600 | 640 | (40) | | | |
| TOTAL | 26,235 | 86,540 | (60,305) | 1,070,375 | 136,680 | 933,695 | 600 | 597 | 933,098 |

Rev. 2012-06
PAGE 6

**DEBTOR:** **Gaukhar Kabulovna Kussainova**        Case Number: 19-12371-BFK

### BANK RECONCILIATIONS

| Month ending: 1/1/2021 - 1/31/2021 | Acct #1 | Acct #2 | Acct #3 | Acct #4 | Acct #5 |
|---|---|---|---|---|---|
| Name of Bank: | TD Bank | Escrow account | | | |
| Last four digits of account | 4959 | | | | |
| Purpose of Acct (Personal or Business) | Personal | | | | |
| Type of account (Checking or Savings) | Checking | Checking | | | |
| Balance per Bank Statement | 148.23 | 948,763.60 | | | |
| ADD: Deposits not credited (attach list) | 600.00 | | | | |
| SUBTRACT: Outstanding check (attach list) | 597.46 | | | | |
| Other reconciling items (attach list) | 0.00 | | | | |
| Month end Balance (Must agree with books) | 150.77 | 948,763.60 | | | |
| TOTAL OF ALL ACCOUNTS | | | | | 948,914.37 (2) |

Note: Attach a copy of the bank statement and bank reconciliation for each account

**AMOUNTS OWED TO OTHERS at the end of the Month (post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 0.00 |
| - Business (if applicable) (attach list) | |
| TOTAL OWED POST PETITION | 0.00 |

**AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)**

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | 11,226.15 |
| - Business (if applicable) (attach list) | |
| TOTAL AMOUNT OWED TO YOU | 11,226.15 |

### NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| |
| |
| |
| |

*(2) Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

Rev. 2012-06

## Thanks, you've paid your bill

Account number: **953-610-290-0001**

## Payment Details

| | |
|---|---|
| Payment Amount: | $382.49 |
| Pay With: | Jody L Hudson****0207 |
| Payment Date: | Jan 5, 2021 |

Confirmation# 0105202109344663V380959

Paid by Jody Hudson

Utilities : - 1005.64

Insurance home/car - 990.57
Medical

Groceries - 1332.78

gas/car - 95.26 + 53.61
registration

CVS - 18.62

US Trustee fee - 650

$\sum$ = $4,146.48

# Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee

notification@pay.gov <notification@pay.gov>
Thu 1/21/2021 1:10 PM

**To:** gaukhar@msn.com <gaukhar@msn.com>

 An official email of the United States government



Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

You will receive a reminder email several days before the payment is processed. If you wish to cancel this transaction, sign in to your account at https://www.pay.gov/ and choose the Pending tab of the Payment Activity page.

Application Name: Chapter 11 Quarterly Fee
Pay.gov Tracking ID: 26R1AAJL
Agency Tracking ID: 76069301605

Account Holder Name: Jody Hudson
Transaction Type: ACH Debit
Transaction Amount: $650.00
Payment Date: 01/22/2021

Account Type: Personal Checking
Routing Number: 051000017
Account Number: ***********9705

Transaction Date: 01/21/2021 01:10:14 PM EST
Total Payments Scheduled: 1
Frequency: OneTime

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Encompass Insurance Premium Payment Confirmation**

MyEncompass <encompass@service.encompassinsuranceemail.com>

Sat 1/16/2021 12:14 AM

To: GAUKHAR@MSN.COM <GAUKHAR@MSN.COM>

Encompass Insurance Premium Payment
Confirmation

Go to MyEncompass



Consolidated Insurance Center, Inc.
(877) 417-6993
Email | Website

## Thank you for your payment.

Gaukhar, we have received your payment. It may take up to 48 hours for it
to be reflected on your account.

**Payment Overview:**

| | |
|---|---|
| **Policy Number:** | XXXX76196 |
| **Policy Type:** | Package |
| **Amount:** | $785.43 |
| **Date:** | 1/15/2021 |

Log in to view your account

Go to MyEncompass

Thank you for being an Encompass policyholder. Together with
Consolidated Insurance Center, Inc., we appreciate the opportunity to
help provide you with peace of mind that when you need it most,
you're protected. If you have any questions, please call (877) 417-6993 or
email PSCMyEncompass@encompassins.com today.

Again, thank you for choosing Encompass for your insurance needs. We
truly appreciate the confidence you've placed in us.

This is a notification only – please do not reply to this email as this
mailbox is not monitored.

Bill Pay / Make a Payment

# ✓ Thank You!

Your payment has been submitted. Please allow 1-2 business day(s) for processing.
We've sent a confirmation to your preferred method of communication.

**Amount**

$136.16

**Coverage Type**

Medical

**Member**

Kabul(12/25/1936)

**Due**

Feb. 1, 2021

**Confirmation number**

WEB210112XFV6HSFPF

Back to Payment & Billing

Feedback

Learn more about Identity Protection Services (https://anthemcares.allclearid.com/) available to you provided by
AllClear ID.

Hi Kabul , need any help?

2

# ✓ Thank You!

Your payment has been submitted. Please allow 1-2 business day(s) for processing.
We've sent a confirmation to your preferred method of communication.

**Amount**
$68.98

**Coverage Type**
Medical

**Member**
Gaukhar(03/27/1967)

**Due**
Feb. 1, 2021

**Confirmation number**
WEB2101129MRTBKP5E

Back to Payment & Billing

Feedback

Learn more about Identity Protection Services (https://anthemcares.allclearid.com/) available to you provided by
AllClear ID.

Hi Gaukhar , need any
help?

2



An Agency of the Commonwealth of Virginia

Virginia Department of Motor Vehicles

| Temporary Vehicle Registration   Print |
| --- |

Tuesday, January 12, 2021

Your record is updated. Your registration materials will be mailed to you within 15 business days.

## Credit Card Transaction

**Authorization number:**
04806D

**Transaction amount:**
$53.61

## Vehicle Information

**Year:**
2010

**Make:**
LEXUS

**Title number:**
72434794

**VIN:**
2T2BK1BA3AC032071

**Garage Jurisdiction:**
FAIRFAX COUNTY

## State Registration

**Registration period:**
1 year

**Registration expiration date:**
02/28/2022

## Highway Use Fee Applied

Highway Use Fee Paid: $6.86
See Highway Use Fee for more information

If you have questions,

Let us know what you think of this online transaction by completing a short survey.

Help save lives. Sign up to become an organ, eye and tissue donor.

Thank you for using the Internet to renew your vehicle registration.

To check for recalls on your vehicle, visit www.safercar.gov/vinlookup.

Helpful Hints:

**Thank You for Your Payment**

**ADT Security Services** <noreply@adt.com>
Sun 1/3/2021 8:43 AM
**To:** gaukhar@msn.com <gaukhar@msn.com>

Thank You for Your Payment

 MyADT Update

## Thank you for your payment.

Dear Valued Customer,

Thank you for your recent payment. We are in the process of applying it to your
account. Your transaction number is: 67533729. Please allow up to three
business days for your transaction to be processed.  *$ 46.14*

Please visit MyADT.com to download your account statements, sign up for paperless billing
or to enroll in EasyPay.

Thank you for choosing ADT. It is our pleasure to serve you.

Sincerely,
ADT Customer Care

## Follow Us



© 2021 ADT. All rights reserved. The product/service names listed in this document are marks and/or registered
marks of their respective owners and used under license. Unauthorized use strictly prohibited. License
information available at www.ADT.com or by calling 800.ADT.ASAP . **CA** AC07155, 974443; PPO17232; **FL**
EF0001121; **LA** F1639, F1640, F1643, F1654, F1655; **MA** 172C; **NC** Licensed by the Alarm Systems Licensing
Board of the State of North Carolina 7535P2, 7561P2, 7562P10, 7563P7, 7565P1, 7566P9; **NY** 12000305615;
**PA** 090797; **MS** 15019511.

# KUBRA EZ-PAY®

 ## Your payment was successful

Your payment of **$282.50** has been processed.

A payment receipt has been emailed to jhudson01@gmail.com.

### Successful Payments

| Payee | AccNo | Status | Confirmation # | Amount |
|---|---|---|---|---|
| Washington Gas | 320001900812 | ✓ PAID | 12351005234989 | $282.50 |
| | | | **Total Payment** | **$282.50** |

Payment Receipt: One Time Payment: Dominion Energy



## Payment Receipt

### Your payment has been accepted

**Thank you for your payment to Dominion Energy. It has been accepted.**

| | |
|---|---|
| **Confirmation #** | 1425856512 |
| **Account Type** | Residential (VA NC) |
| **Account #** | 4915213856 |
| **Status** | ACCEPTED |
| **Payment Date** | Jan 15, 2021 – 3:25:29 PM |
| **Payment Method** | Visa ************0207 |
| **Payment Amount** | $124.43 |
| **Service Fee** | $1.65 |
| **Total Amount Charged** | $126.08 |

Your payment is complete. You may close this window.

# Payment Request Submitted

## Thank you for your payment.

The following payment request has been submitted.

Please **print this page** or refer to the Reference ID when communicating with us regarding this transaction.

| | |
|---|---|
| **Reference ID** | 0803-004269234 |
| **Date and Time** | 01/19/2021 11:06:07 (CST) |
| **Account Number** | 308031244030 |
| **Customer Type** | Consumer |
| **Payment Amount** | $168.43 |
| **Customer Name** | Jody L Hudson |
| **Payment Method** | VISA |

Jody L Hudson
\*\*\*\*\*\*\*\*\*\*\*\*0207
07/2025

## Make Another Payment

Exit

Sign up for online access to:

- Pay your bill
- Sign up for auto pay
- Schedule a pickup
- Report a missed pickup
- And more

## Sign up now



**Walmart** :><:

Give us feedback @ survey.walmart.com
Thank you! ID #:7Q9S865220L9Z

571-623-3300 Mgr:IRFAN
1500 B CONNERSIDE BLVD.
VIENNA VA 22182
STW 05936 OP# 001744 TE# 17 TR# 01279
6V HF    HF   007074212296 F      3.12 V
6V HF    HF   007074212296 F      3.12 V
MOUTHWASH     068113103642        2.67 X
MOUTHWASH     068113103642        2.67 X
AV P X SPF50 039137115170H        8.97 H
TOOTHPASTE    068119122400        3.88 H
WELLNESS      003160404065        7.88 X
SV CHROMIUM   068113135517        7.88 X
ATHENS        007219600107 F      3.72 V
ATHENS        007219600107 F      3.72 V
EQ FLSH 144   068131110523        3.97 X
EGGPLANT      000000004061KF
3.67 lb @ 1 lb /1.42              5.21 R
CUBANELLE     071106354118 F      2.57 R
BELL PEPPER   000000004066KF
2 AT   1 FOR    0.80              1.60 R
POBLANO       000000004705KF
0.97 lb @ 1 lb /2.48             2.41 V
BANANAS       000000004011KF
3.94 lb @ 1 lb /0.49             1.93 R
GRANNY APPLE 000000004017KF
1.95 lb @ 1 lb /1.50             2.93 R
             SUBTOTAL           62.25
        TAX 1  6.000 %           1.68
        TAX 2  2.500 %           0.26
             TOTAL              69.60
           VISA TEND           69.60
Visa Credit   **** **** **** 6638 I 2
APPROVAL # 06074C
REF # 103000103175
TRANS ID - 361030565307695
VALIDATION - 780J
PAYMENT SERVICE - E
AID A0000000031010
AAC 91A5F6B13FBACE9D
TERMINAL # SC010701
         01/30/21      10:42:10
          CHANGE DUE            0.00
          # ITEMS SOLD 18
   TC# 1346 9279 3554 5174 2611

W+<

## Introducing Walmart+

Join today at walmart.com/plus

Low Prices You Can Trust. Every Day.
         01/30/21     10:42:10
       ***CUSTOMER COPY***

---

**OSTCO**
**EWHOLESALE**

-icksburg #340
02 Plank Rd #600
ricksburg, VA 22407

11920262372
9 NAVEL ORANGE        9.99 E
9 VTY DANISH          9.99 E
4 BAGUETTE            4.99 E
3 NEW YORK STK       34.52 E
3 PLANT              13.99 E
2 SUNDRI PESTO        9.49 E
3 NB ZINC 50MB        8.99 A
5 PROGLIDE 18        44.99 A
TOTAL               136.95
K                     5.32
TAL                 142.27



XX6638
0000031010
                 Appr# 03552C
esp: APPROVED
102900002952....
D: 990340

- Purchase
142.27
1 16:30 340 2 291 66
- - - - - - - - - - - - - - - - - - - - - - -
isa             142.27
HANGE             0.00

AX                3.60
TAX               1.72
.                 5.32

---


**Giant**

5701 PLANK ROAD
WEST FREDERICKSBURG, VA 22407
Store Telephone:  (540) 785-1020
Pharmacy Telephone:  (540) 785-1025
Store #235    01/30/21      01:13pm

FROZEN FOOD
    BB BRWN BOMB 16          6.29 B
    DV BR VN DK CHO          4.39 B
    BL BNY LD CNE TR         6.29 B
GROCERY
    XOCHITL BLUE 12Z         4.99 B
    BONUS BUY SAVINGS        0.29-B
PRICE YOU PAY    4.70
    XOCHIT CHIP 12Z          4.99 B
    BONUS BUY SAVINGS        0.29-B
PRICE YOU PAY    4.70

        TAX                  0.61
    **** BALANCE            24.98

*****************************************
Payment Type: Visa Credit
CHIP      Purchase
Card: ***************6638
Payment Amt: $24.98
BALANCE: $
AID: A0000000031010
AUTH#02274C RC#00 01/30/21 01:15pm
*****************************************
        VISA                24.98
        CHANGE               0.00

******** SAVINGS SUMMARY *********
Card Savings:        0.58
Your Total Savings:  0.58

01/30/21 01:15pm 235 407 94 880007

# TRADER JOE'S

7514 Leesburg Turnpike
Falls Church  VA  22043
Store #641 - (703) 288-0566

| | |
|---|---|
| TARTE D'ALSACE W/HAM & GRUYERE | 4.79 T |
| BRIE & TOMATO TARTE | 3.99 T |
| TARTE AUX CHAMPIGNONS | 4.29 T |
| SAVORY THIN MINI CRACKERS | 2.99 T |
| SAVORY THIN MINI CRACKERS | 2.99 T |
| VANILLA HOLD THE CONE! | 2.99 T |
| SAVORY THIN MINI CRACKERS | 2.99 T |
| SAVORY THIN MULTISEED CRACKER | 2.99 T |
| YOG EURO STYLE ORG PLAIN WHOLE | 3.99 T |
| PEANUT BUTTER CUPS DARK CHOC | 4.29 T |
| PEANUT BUTTER CUPS DARK CHOC | 4.29 T |
| SAVORY THIN MULTISEED CRACKER | 2.99 T |
| TOFFEE CHIPS | 3.49 T |
| TOFFEE CHIPS | 3.49 T |

| | |
|---|---|
| SUBTOTAL | $50.56 |
| STATE TAX 1 | $1.26 |
| **TOTAL** | $51.82 |
| VISA | $51.82 |
| PURCHASE - APPROVED | |
| Total: | USD$ 51.82 |

Entry Method:     Chip
CARD #: XXXXXXXXXXXX6638
AUTH CODE: 04495C    SEQ #: 024057
ARC: 00
TC: D339F91EAC625FEA
Ticket # 421026347068244617
TransID: 1862102634706B2332

ITEMS 14                              S. Kent
01-26-2021  09:38AM  0641 02 8968 9664

THANK YOU FOR SHOPPING AT TRADER JOE'S
www.traderjoes.com
Check out our podcast
Inside Trader Joe's
wherever you get your podcasts

---

# Giant

5701 PLANK ROAD
WEST FREDERICKSBURG, VA 22407
Store Telephone: (540) 785-1020
Pharmacy Telephone: (540) 785-1025
Store #235    01/28/21       04:00PM

BAKE SHOP

| | |
|---|---|
| NP ARTISAN LOAF | 3.99 B |

GROCERY

| | |
|---|---|
| SB X-LRG PIT OLV | 1.69 B |
| SB X-LRG PIT OLV | 1.69 B |
| SUNSWT LITE P48Z | 6.59 B |
| BONUS BUY SAVINGS | 0.50-B |
| PRICE YOU PAY | 6.09 |
| SUNSWT LITE P48Z | 6.59 B |
| BONUS BUY SAVINGS | 0.50-B |
| PRICE YOU PAY | 6.09 |
| SUNSWT LITE P48Z | 6.59 B |
| BONUS BUY SAVINGS | 0.50-B |
| PRICE YOU PAY | 6.09 |

MEAT

| | |
|---|---|
| VP WINGS | 12.41 B |

PRODUCE

| | |
|---|---|
| 1LB STRAWBERRY | 4.99 B |
| BONUS BUY SAVINGS | 4.99-B |
| PRICE YOU PAY | FREE |
| 1LB STRAWBERRY | 4.99 B |
| 4.05 lb @ 0.99 /lb |  |
| WT  TOTE BAG GOLD | 4.01 B |
| CELERY STICKS | 2.99 B |
| 2.86 lb @ 1.88 /lb |  |
| WT  TOMATO ON VINE | 5.38 B |
| GUACAMOLE | 5.46 B |
| ROMAINE HRT | 3.49 B |

| | |
|---|---|
| TAX | 1.53 |
| **** BALANCE | 62.90 |

*****************************************
Payment Type: Visa Credit
CHIP      Purchase
Card: ************6638
Payment Amt: $62.90
BALANCE: $
AID: A0000000031010
AUTH#09672C RC#00 01/28/21 04:01PM
*****************************************
VISA
ITALIA                              $62.90

---

# COSTCO WHOLESALE

Fredericksburg #340
3102 Plank Rd #600
Fredericksburg, VA 22407

| | |
|---|---|
| E5 Member 1111202623372 | |
| 30669 BANANAS | 1.39 E |
| 41181 GRUYERE | 10.99 E |
| 1329627 BLUE CHEESE | 6.99 E |
| 5755A BLUEBERRIES | 3.99 E |
| 48757 SPRING MIX | 3.99 E |
| 39054 SWEET ONION | 5.29 E |
| 27197 ANJOU PEARS | 7.49 E |
| 3 WHOLE MILK | 2.99 E |
| 5938 POTATOES | 5.69 E |
| 87745 ROTISSERIE | 4.99 E |
| 45694 BAGUETTE | 4.99 E |
| SUBTOTAL | 58.79 |
| TAX | 1.80 |
| **** TOTAL | 60.59 |
| Executive Rebate | 130.36 |
| CHANGE | 70.39 |
| TOTAL TAX | 1.80 |
| F 9.3% TAX | 0.46 |
| E 2.50% TAX | 1.34 |
| TOTAL NUMBER OF ITEMS SOLD = | 11 |

01/27/2021 16:52 340 2 138 61



**Giant**

6701 PLANK ROAD
WEST FREDERICKSBURG, VA 22407
Store Telephone: (540) 785-1020
Pharmacy Telephone: (540) 785-1025
Store #235     01/19/21     04:43pm

PRODUCE
```
        BLUEBERRY PINT            4.99 B
        BONUS BUY SAVINGS         4.99-B
    PRICE YOU PAY          FREE
        BLUEBERRY PINT            4.99 B
        1LB STRAWBERRY            4.99 B
        BONUS BUY SAVINGS         1.65-B
    PRICE YOU PAY          3.34
    4.49 1b @ 0.99 /lb
WT      TOTE BAG GOLD             4.46 B

        TAX                       0.32
    **** BALANCE                 13.10
```
**************************************
Payment Type: Visa Credit
CHIP        Purchase
Card: ************6638
Payment Amt: $13.10
BALANCE: $
AID: A0000000031010
AUTH#04998C RC#00 01/19/21 04:44pm
**************************************
```
        VISA                     13.10
        CHANGE                    0.00
```
******** SAVINGS SUMMARY *********
Card Savings:        6.64
Your Total Savings:  6.64

01/19/21 04:44pm 235 406 117 880006

******* FUEL SAVINGS *******

---

**Walmart**
540-786-2090 Mgr:ANUCHA
1800 CARL D SILVER PKWY
FREDERICKSBURG VA 22401
ST# 01833 OP# 006414 TE# 05 TR# 08932
```
INK STROKE  002413142775        6.03 X
FORAGE BIN  593779530144        5.96 X
FORAGE BIN  593779530144        5.96 X
UE BUNNY    007064001087 F      4.97 Y
ISSO IC     085103500392 F      4.72 Y
NL DRK CH   085210495106 F      4.97 Y
TEL 100Z    006414420249 F      0.98 Y
TEL MILD    006414420263 F      0.98 Y
TEL MILD    006414420263 F      0.98 Y
WORCESTE    007872427956 F      1.00 Y
ARSCO SAUC  003121000001 F      1.56 Y
 HF   HF    007074212296 F      3.12 Y
RKEY NECKS  025107206556 F      3.12 Y
UCK ROAST   025974511515 F     15.15 Y
CT WHL 96   004130309073 F      5.67 Y
0 BOW HATS  068113109101 F      2.86 R
LAD CUKE    071106954190 F      2.98 R
NANAS       000000004011KF
7.53 1b @  1 1b /0.45           1.14 R
I APPLES    000000004131KF
1.24 1b @  1 1b /1.17           2.62 R
CARO        000000004225KF
 3 AT 1 FOR              0.78
ATO ROMA    000000004011KF
.92 1b @   1 1b /1.10           2.27 R
SWT ONION   003338360202 F      2.08 R
             SUBTOTAL      80.00
        TAX 1  5.300 %           0.78
        TAX 2  2.500 %           1.63
             TOTAL        82.41
             VISA TEND    82.41
Credit    **** **** **** 6638 I 2
```
```
XOVAL # 00972C
# 102200200039
IS ID - 301022797322670
[DATION - 0THX
MENT SERVICE - E
  A000000001010
C6853F05A9F0ACF7
INAL # 8C0100071
    01/22/21    17:00:52
             CHANGE DUE       0.00
             # ITEMS SOLD 24
TC# 6659 6464 7574 0642 0865
```



**W+**

## Introducing Walmart+

Join today at walmart.com/plus
01/22/21    17:00:53
***CUSTOMER COPY***

---

Give us feedback @ survey.walmart.co
Thank you! ID #:709RMKWVMDH

**Walmart**
540-786-2090 Mgr:ANUCHA
1800 CARL D SILVER PKWY
FREDERICKSBURG VA 22401
ST# 01833 OP# 00904 TE# 47 TR# 0973
```
EQ FIBER SF  0681131/0003       14.84
KONSYL FIBER 061085800198       15.60
EQ CLEARLAX  068113110988H      18.98
GV BAKN SODA 007874237036 F      0.52
VI B COMP    068113163308        3.96
EQ LIQ SLEE  068113117595        4.98
3 TRIP ADY   004010000928 F      1.34
3 TRIP ADY   004010000928 F      1.34
3 TRIP ADY   004010000928 F      1.34
             SUBTOTAL       62.90
        TAX-1  5.300 %           1.82
        TAX 2  2.500 %           0.11
             TOTAL        64.83
             VISA TEND    64.83
Visa Credit  **** **** **** 6638 I
APPROVAL # 00465C
REF # 1042000314
TRANS ID - 581023809188941
VALIDATION - VLW9
PAYMENT SERVICE - E
AID A0000000031010
AAC 7F95A70E11195F4F
TERMINAL # SC011645
    01/23/21    17:28:43
             CHANGE DUE       0.00
             # ITEMS SOLD 9
TC# 4373 1318 2453 0336 8056
```



**W+**

## Introducing Walmar

Join today at walmart.com/plu
01/23/21    17:28:43
***CUSTOMER COPY***

## LIDL

5455 Plank Rd
22407 Fredericksburg

| Description | $ | |
|---|---|---|
| Baguette, PC | 1.49 | FT |
| Thomas Foods Steak | 25.16 | FT |
| 4.0 @ 6.29 | | |

| | | |
|---|---|---|
| Sub Total | 26.65 | |
| Sales Tax | 0.67 | |
| **Total Due** | **27.32** | |
| Card | 27.32 | |
| Change | 0.00 | |

Customer ID : LLb70984fb

1038    249955/05    01/14/21    06:06 PM

visit us online at lidl.com

download the myLidl app!

grocery delivery from shopLidl.com

SALE

Terminal ID:005
Account:CZ ************0207
Payment Type:CREDIT
Application Name:CHASE VISA
Card Entry Mode:Chip Read
Result:SUCCESS
Approved Amount:USD$ 27.32
Authorization Code:02118D
AID:A0000000031010
TVR:0880008000
TSI:E800
ARC:Z3
10380524995501421180 71

## COSTCO WHOLESALE

Fredericksburg #340
3102 Plank Rd #600
Fredericksburg, VA 22407

Member 111920262372

| 3 WHOLE MILK | 2.99 E |
|---|---|
| 3 WHOLE MILK | 2.99 E |
| 112213 CAFE CUBANO | 12.99 E |
| 112213 CAFE CUBANO | 12.99 E |
| 673667 HALF & HALF | 1.89 E |
| 673667 HALF & HALF | 1.89 E |
| 673667 HALF & HALF | 1.89 E |
| 60357 MIXED PEPPER | 5.49 E |
| 782796 ****KSWTR40PK | 2.99 E |
| 2048058 TOWER HEATER | 39.99 A |
| 90589 NAVEL ORANGE | 9.99 E |
| 30669 BANANAS | 1.39 E |
| 45694 BAGUETTE | 4.99 E |
| 11159 SHRIMP CKTL | 13.49 E |
| 427381 KS ORG EGGS | 5.99 E |
| SUBTOTAL | 121.95 |
| TAX | 4.17 |
| **TOTAL** | **126.12** |

XXXXXXX6638    CHIP Read
A0000000031010
3868    Appr# 00257C
Resp: APPROVED
D#: 101700003868....
nt ID: 990340

ED - Purchase
$126.12
2021 11:30 340 3 75 61

Visa    126.12

## COSTCO WHOLESALE

Fredericksburg #340
3102 Plank Rd #600
Fredericksburg, VA 22407

Member 111920262372

| 2048058 TOWER HEATER | 39.99 A |
|---|---|
| 96493 B/S ATL SALM | 17.27 E |
| 585581 TOMATO SOUP | 9.99 E |
| 833995 KS LOB BISQ | 9.49 E |
| 000246638 / 833995 | 2.70-E |
| AL NUMBER OF ITEMS SOLD = | 4 |
| SUBTOTAL | 74.04 |
| TAX | 2.97 |
| **TOTAL** | **77.01** |

XXXXXXX6638    CHIP Read
A0000000031010
# 1251    Appr# 05488C
Resp: APPROVED
n ID#: 101800001251....
chant ID: 990340

PROVED - Purchase
UNT: $77.01
18/2021 13:14 340 1 110 66

| Visa | 77.01 |
|---|---|
| CHANGE | 0.00 |



Give us feedback @ survey.walmart.com
Thank you! ID #:7Q9QCOMVHPN

**Walmart** ✱

540-786-2090 Mgr:ANUCHA
1800 CARL D SILVER PKWY
FREDERICKSBURG VA 22401
ST# 01833 OP# 009043 TE# 43 TR# 06550
MIXED VEG          007874223748 F    2.22 V
MIXED VEG          007874223748 F    2.22 V
PEAS               007874223736 F    0.84 V
PEAS               007874223736 F    0.84 V
CRINKLE SWT        083418300715 F    3.48 V
CRINKLE SWT        083418300715 F    3.48 V
CRINKLE SWT        083418300715 F    3.48 V
PKG SALAD          068113135500 F    4.18 R
BELL PEPPERS       057836000004 F    3.34 R
APPLE 3 BAG        088743400741 F    2.60 R
CUT TULIPS         003338397992      4.87 X
CUT TULIPS         003338397992      4.87 X
WHL CARROTS        003338366003 F    3.44 R
CKN THIGH LG       022768200674 F    6.74 Y
YOGI TEA           007695045021 F    4.00 Y
FLAVORED TEA       007231000123 F    2.67 Y
VINEGAR            007430500132 F    5.67 Y
HNZ TWIN 50        001300000103 F    6.28 Y
BANANAS            000000004011KF
   2.38 lb @ 1 lb /0.45            1.07 R
BROC CROWNS        000000003082KF
   0.94 lb @ 1 lb /1.48            1.39 R
AVOCADO            000000004046KF
   3 AT 1 FOR       0.72            2.16 R
SQUASH YLW         000000004086KF
   0.84 lb @ 1 lb /1.38            1.16 R
              SUBTOTAL            71.00
       TAX 1   5.300 %             0.52
       TAX 2   2.500 %             1.53
                 TOTAL            73.05
            VISA  TEND            73.05
Visa Credit    **** **** **** 6638 I 2
APPROVAL # 02847C
REF # 101100382605
TRANS ID - 381011612755654
VALIDATION - KG9T
PAYMENT SERVICE - E
AID A0000000031010
TC C2ED409825A8C381
TERMINAL # SC010281
*NO SIGNATURE REQUIRED.
       01/11/21      12:01:22
            CHANGE DUE            0.00
       # ITEMS SOLD 24
TC# 1634 7170 8951 7505 154

       01/11/21      12:01:22
      ***CUSTOMER COPY***

---



**H MART®**

http://www.hmart.com
8103 Lee Highway
Falls Church, VA. 22042
TEL (703) 573-6300
Cashier was CRISTEL

TWIN DUMPLING WRAP          1.99 B
TWIN DUMPLING WRAP          1.99 B
TWIN MARQUIS                2.29 B
TM WONTON NDL/THIN          2.49 B
TM WONTON NDL/THIN          2.49 B
b @ 2.99 /lb
OKRA                        9.00 B
b @ 6.99 /lb
SNOW PEA TIP               16.85 B
CURLEY PARSLEY              0.89 B
SCALLION                   0.79 B
SCALLION                   0.79 B
lb @ 2.49 /lb
GINGER                      0.90 B
lb @ 1.49 /lb
PLUM TOMATO                 2.46 B
SWEET ONION                 3.99 B
MERAY SUNFLOWER             2.99 B
ar Price 3.99 , You saved 1.00
MERAY SUNFLOWER             2.99 B
ar Price 3.99 , You saved 1.00
MERAY SUNFLOWER             2.99 B
lar Price 3.99 , You saved 1.00
MERAY SUNFLOWER             2.99 B
ar Price 3.99 , You saved 1.00
            TAX                1.47

**** BALANCE              60.35

a Credit - C
OUNT NUMBER: ***********6638
PROVAL CODE: 02191C
SEQUENCE NUMBER: 281
Amount:USD $60.35
CARD:Visa Credit CREDIT  XXXX6638 EMV
APPROVAL CODE:02191C
AID:A0000000031010
TVR:8000008000
IAD:06010A03A00000
TSI:6800
TC:E3E3198CDB867504
ARC:00
TOTAL AMOUNT: $60.35
RESPONSE CODE: APPROVED

---

**Wegmans**
Every day you get our best!

WEGMANS FREDERICKSBURG
2281 CARL D SILVER PARKWAY
(540) 322-4800

01/16/21  OP# 383253

WEGMAN BUTTER                      2.
WEGMANS SOUR CREAM
4 @ 2.00
   FRUIT DANISH                    00 B
   VIVE LA BAGUETTE-V              50 B
   TIRAMISU                     24.00 B
   1/2 TRIPLECHOC MOU           14.00 B
1.30 lb @ 1.99 /lb
WT  ONION  RED                     2.59 B
4 @ 0.99
   NAVEL ORANGE                    3.96 B
   WEG ROMAINE HEARTS             2.69 B
1.65 lb @ 0.49 /lb
WT  BANANAS                        0.81 B
   WB ORG MINI CUKES              3.99 B
   POT WEG RUSSET 5#              2.99 B
      TAX                          1.74

**** BALANCE                      71.25

VISA PURCHASE
CARD NUMBER: ************6638 C
Visa Credit 05
AUTH: 04981C  RCPT: 10863
CODE: 0000  Approved
AID: A0000000031010
                  CREDIT CARD    71.25
                  CHANGE          0.00

01/16/21 09:33AM 41 10 9 383253

Every day you get our be:

Thank you!



## Giant

**1464 CHAIN BRIDGE ROAD**
**MCLEAN, VA 22101**
Store Telephone: (703) 893-0377
Pharmacy Telephone: (703) 893-8693
Store #758     01/07/21     07:84pm

```
DAIRY
  SB H&H CREAM                  4.99 B
  SB LG WH EGG 18               1.89 B
SC  SB EGGS CPN                 0.60-B
    PRICE YOU PAY       1.29
  SB BTR SLTD 16Z               3.19 B
SC  SB BUTTER CPN               0.70-B
    PRICE YOU PAY       2.49
FROZEN FOOD
  BROG WHT BRD DGH              4.69 B
GROCERY
  MRS BTRWTHS BTRD              3.69 B
MEAT
  BNLS PORK CHP VP            17.66 B
  3.520 lb @ 3.99 = 14.04
    BONUS BUY SAVINGS           3.62-B
    PRICE YOU PAY      14.04
  FRMLND BACON 12Z              4.99 B
    BONUS BUY SAVINGS           1.00-B
SC  BACON CPN                   2.00-B
    PRICE YOU PAY       1.99

    TAX                         0.83
  **** BALANCE                 33.91
```

```
******************************
Payment Type: CHASE VISA
CHIP          Purchase
Card:           XXXXX0207
Payment Amt: $33.91
BALANCE: $
AID: A0000000031010
AUTH#08650D RC#00 01/07/21 07:56pm
******************************
    VISA              33.91
    CHANGE             0.00

********* SAVINGS SUMMARY *********
Card Savings:         7.82
Your Total Savings:   7.82

01/07/21 07:56pm 758 7 160 139

******* FUEL SAVINGS *******

Points this visit 33
```

## Giant

**8701 PLANK ROAD**
**FREDERICKSBURG, VA 22407**
Telephone: (540) 785-1020
Telephone: (540) 785-1026
235    01/06/21     11:00am

```
OP
  NP ARTISAN LOAF               3.99 B
  MC GM MESQ MRNDE              1.69 B
  MC GM MESQ MRNDE              1.69 B

  BI RIB STEAK                18.74 B
  lb @ 8.99 /lb = 11.24
    BONUS BUY SAVINGS           7.50-B
    $10FF/LB STEAK              1.25-B
CE YOU PAY            9.99
  BI RIB STEAK                17.24 B
  lb @ 8.99 /lb = 10.34
    BONUS BUY SAVINGS           6.90-B
    $10FF/LB STEAK              1.15-B
CE YOU PAY            9.19
  BI RIB STEAK                17.84 B
  lb @ 8.99 /lb = 10.70
    BONUS BUY SAVINGS           7.14-B
    $10FF/LB STEAK              1.19-B
ICE YOU PAY           9.51
  VP WINGS                    13.46 B
CE
  lb @ 0.99 /lb
    TOTE BAG GOLD               4.22 B
  lb @ 0.79 /lb
    GREEN CABBAGE               1.10 B
    1LB STRAWBERRY              4.99 B
    BONUS BUY SAVINGS           1.68-B
ICE YOU PAY           3.34

    TAX                         1.45
  ** BALANCE                   69.43
```

```
******************************
nt Type: Visa Credit
              Purchase
                   8638
nt Amt: $69.43
CE: $
  A0000000031010
  RC#00 01/06/21 11:01am
******************************
    VISA             69.43
    CHANGE            0.00

***** SAVINGS SUMMARY *********
```

## COSTCO WHOLESALE

**Fredericksburg #34**
**3102 Plank Rd #600**
**Fredericksburg, VA 22407**

```
SR Member 111920262372
E  41398 CLANTRO LIME       12.
E  11159 SHRIMP CKTL        13.
   2223944 TIDE 208 0Z      24.
   0000246563 /2223944       5.
E  1074184 KS OLIVE OIL     20.
E  30669 BANANAS             1.
E  30669 BANANAS             1.
VOID
E  30669 BANANAS             1.
E  171104 ROMA TOMATO        3.
E  30669 BANANAS             1.
E  85796 POMEGRANATE        17.
E  0000246586 / 85796        1.
E  1229835 MED DATES        11.
   SUBTOTAL                 102.
   TAX                        3.
**** TOTAL                  10
```

```
XXXXXXXXXXXX6638         CHIP Re
AID: A0000000031010
Seq# 3206        App#: 07712C
Visa    Resp: APPROVED
Tran ID#: 100500003206....
Merchant ID: 990340

APPROVED - Purchase
AMOUNT: $105.53
01/05/2021  15:43  340 3 306 61

Visa                       105.
CHANGE                       0.
```



## CVS pharmacy

**1452 CHAIN BRIDGE RD, MCLEAN, VA**
PHARMACY: 356-5900 STORE: 883-0157
REG#12 TRN#5291 CSHR#1071354 STR#1397

Helped by: JOCELYN

```
F 1 RX #: ****8660010        18.62N
                              18.62
    Survey ID #
9205 8933 4650 482 41
```

```
TOTAL                        18.62
CHARGE                       18.62
                   6638
Visa Credit
APPROVED COSTCO
TRAN TYPE: SALE
AID: A0000000031010
NO SIGNATURE REQUIRED
TVR(95): 8080008000
```

```
3501 3971 0025 2911.29
REF# 122011000031010
RECD: VISA 03/05/2021
TSI(9B): 6800
                  .00
CHANGE
```

State law prohibits the return
of prescriptions. Please consult
your pharmacist.
CVS Return Policy, subject to
Returns with receipt, 01/05/2021
CVS Return Policy may apply.
Refund amounts and price
after all coupons and discounts.

JANUARY 2, 2021          10:18 AM

F-FLEXIBLE SPENDING ACCT SUMMARY (FSA)
Prescription Eligible Total  18.62

FSA summary above includes items
(and tax) that may be eligible for plan
reimbursement. Restrictions may apply.

***** GET YOUR CVS EXTRACARE CARD *****

We would love to hear your feedback
on your survey you will take only
this 1 minute to complete.

## Share Your Feedback

**www.CVSHealthSurvey.com**

Hablamos español

THANK YOU: SHOP 24 HOURS AT CVS.COM



**COSTCO** WHOLESALE

Costco #340
3102 Plank Rd #600
Fredericksburg, VA
--------------------------

Member#    111920262372
Invoice#        99684
Date:        01/02/21
Time:          14:34
Auth#        82189C

VI Acct #
************6638

Pump  Gallons   Price
7     11.034    $ 1.889

Product         Amount
Regular         $ 20.84

Total Sale      $ 20.84

SALE- Chip Read
Approved
TranID# 100207099684

Visa Credit
Payment Network 02
A000000000031010
No CVM
Mode: ISSUER

--------------------------
Thank you
For your purchase of
Kirkland Signature
Fuel
Visit Costco.com
Search: Fuel

---

**COSTCO** WHOLESALE

Costco #340
3102 Plank Rd #600
Fredericksburg, VA
--------------------------

Member#    111920262372
Invoice#         3774
Date:        01/26/21
Time:          00:32
Auth#        01343C

VI Acct #
************6638

Pump  Gallons   Price
7     10.199    $ 1.999

Product         Amount
Regular         $ 20.39

Total Sale      $ 20.39

SALE- Chip Read
Approved
TranID# 102607003774

Visa Credit
Payment Network 02
A000000000031010
No CVM
Mode: ISSUER

--------------------------
Thank you
For your purchase of
Kirkland Signature
Fuel
Visit Costco.com
Search: Fuel

---

**COSTCO** WHOLESALE

Costco #340
3102 Plank Rd #600
Fredericksburg, VA
--------------------------

Member#    111920262372
Invoice#        12898
Date:        01/18/21
Time:          13:38
Auth#        00714C

VI Acct #
************6638

Pump  Gallons   Price
5     11.505    $ 2.099

Product         Amount
Regular         $ 24.15

Total Sale      $ 24.15

SALE- Chip Read
Approved
TranID# 101805012898

Visa Credit
Payment Network 02
A000000000031010
No CVM
Mode: ISSUER

--------------------------
Thank you
For your purchase of
Kirkland Signature
Fuel
Visit Costco.com
Search: Fuel

---



**COSTCO** WHOLESALE

Costco #340
3102 Plank Rd #600
Fredericksburg, VA

Member#    111920262372
Invoice#        95615
Date:        01/18/21
Time:          09:41
Auth#        09987C

VI Acct #
************6638

Pump  Gallons   Price
11    14.946    $ 1.999

Product         Amount
Regular         $ 29.88

Total Sale      $ 29.88

SALE- Chip Read
Approved
TranID# 101811095615

Visa Credit



**America's Most Convenient Bank®**

T   STATEMENT OF ACCOUNT

GAUKHAR KUSSAINOVA
DIP CASE 19-12371 EDVA
8200 SPARGER ST
MCLEAN VA 22102-1752

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Dec 24 2020-Jan 23 2021 |
| Cust Ref #: | ▬4959-039-T-### |
| Primary Account #: | ▬4959 |

## Chapter 11 Checking

GAUKHAR KUSSAINOVA
DIP CASE 19-12371 EDVA

Account # ▬4959

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 148.23 | Average Collected Balance | 284.77 |
| Electronic Deposits | 600.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 597.46 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 150.77 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | ACH DEPOSIT, IRS  TREAS 310 XXTAXEIP2 ****45372200908 | 600.00 |
| | Subtotal: | 600.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/11 | ACH DEBIT, TOYOTA PAY TFS ***-*592726 | 597.46 |
| | Subtotal: | 597.46 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/23 | 148.23 | 01/11 | 150.77 |
| 01/04 | 748.23 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:                    2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶ Ending Balance**          150.77

**❷ Total Deposits**

**❸ Sub Total**

**❹ Total Withdrawals**

**❺ Adjusted Balance**

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
83/E00/0175/16/72
███████0041
01/31/2021

**Account Statement**

**SUNTRUST**

TYLER BARTL RAMSDELL & COUNTS PLC IOLTA
LEGAL SERVICES CORP OF VA
CLIENT TRUST ACCOUNT
300 N WASHINGTON ST STE 310
ALEXANDRIA VA 22314-2530

Questions? Please call
1-800-786-8787

---

Keep your SunTrust Accounts safer.
Use unique usernames and passwords for your online bank accounts.
It's best not to recycle the same username and password on multiple websites where you
have an online profile - especially your financial accounts.
Also, try to avoid characters from your email, phone number, birthdate or other personal information.

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| INTEREST ON LAWYERS TRUST | ███████0041 | 01/01/2021 - 01/31/2021 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,058,692.97 | Average Balance | $1,066,623.02 |
| Deposits/Credits | $36,528.60 | Average Collected Balance | $1,064,240.99 |
| Checks | $27,409.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $854.68 | Annual Percentage Yield Earned | .40% |
| Ending Balance | $1,066,957.89 | Interest Paid Year to Date | $361.60 |

**Overdraft Protection**

| Account Number | Protected By |
|---|---|
| ███████0041 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

**Deposits/ Credits**

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 01/06 | 500.00 | | DEPOSIT | 01/13 | 7,003.00 | | DEPOSIT |
| 01/08 | 23,476.00 | | DEPOSIT | 01/20 | 4,128.00 | | DEPOSIT |
| 01/29 | 1,060.00 | | INCOMING FEDWIRE CR TRN #059109 | | | | |
| 01/29 | 361.60 | | INTEREST PAID THIS STATEMENT THRU 01/31 | | | | |

Deposits/Credits: 6       Total Items Deposited: 3

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 71170 | 3.00 | 01/27 | 71248 | 1,500.00 | 01/12 | 71253 | 2,188.00 | 01/13 |
| *71243 | 2,338.00 | 01/06 | 71249 | 160.00 | 01/12 | 71254 | 2,278.00 | 01/13 |
| 71244 | 240.00 | 01/12 | 71250 | 400.00 | 01/12 | 71255 | 5,000.00 | 01/15 |
| 71245 | 1,680.00 | 01/12 | 71251 | 1,838.00 | 01/12 | 71256 | 2,003.00 | 01/20 |
| 71246 | 2,838.00 | 01/12 | 71252 | 1,550.00 | 01/15 | 71257 | 3,313.00 | 01/20 |
| 71247 | 80.00 | 01/12 | | | | | | |

Checks: 16
* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/04 | 354.68 | | PREVIOUS MONTH'S IOLTA INTEREST |
| 01/08 | 500.00 | | DEPOSITED ITEM RETURNED |

Withdrawals/Debits: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 1,058,692.97 | 1,058,492.97 | 01/07 | 1,056,500.29 | 1,056,500.29 |
| 01/04 | 1,058,338.29 | 1,058,338.29 | 01/08 | 1,079,476.29 | 1,055,500.29 |
| 01/06 | 1,056,500.29 | 1,056,000.29 | 01/11 | 1,079,476.29 | 1,079,476.29 |

278912                    Member FDIC                    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
83/E00/0175/16/72
████████0041
01/31/2021

# Account
# Statement

**SunTrust**

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 01/12 | 1,070,740.29 | 1,070,740.29 | 01/21 | 1,065,539.29 | 1,065,539.29 |
| | 01/13 | 1,073,277.29 | 1,073,277.29 | 01/27 | 1,065,536.29 | 1,065,536.29 |
| | 01/15 | 1,066,727.29 | 1,066,727.29 | 01/29 | 1,066,957.89 | 1,066,957.89 |
| | 01/20 | 1,065,539.29 | 1,064,724.29 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

How can we make life easier for you?
Enroll in paperless statements via Online Banking to help you cut clutter and stay organized.
No paper to keep track of and no limitation to viewing important information. Start today.
Sign in to Online Banking and update your Statement Delivery preferences.

278913                                    Member FDIC