# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 19−12371−BFK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gaukhar Kabulovna Kussainova
8200 Sparger St.
McLean, VA 22102−1752

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−5372

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on dismissing the above−captioned case.

Dated: May 17, 2021

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 19-12371-BFK

Gaukhar Kabulovna Kussainova  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: huntingto      Page 1 of 2
Date Rcvd: May 17, 2021      Form ID: VAN015      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Gaukhar Kabulovna Kussainova, 8200 Sparger St., McLean, VA 22102-1752 |
| 15378173 | + | Ahmad O. Noori, M.D., Sahel Yamini, 2506 Coulter Ln., Oakton, VA 22124-1033 |
| 14948849 | + | Alan D. Albert, Esq., O'Hagan Meyer, 411 E. Franklin St., Suite 500, Richmond, VA 23219-2200 |
| 14948852 | | County of Fairfax, Dept. of Tax Administration, P.O. Box 10200, Fairfax, VA 22035-0200 |
| 15378174 | #+ | Ellada Studio & Spa Corp., 1458 North Point Village Ctr., Reston, VA 20194-1190 |
| 14948854 | | John Milsom & David Standish, KPMG United Kingdom PLC, 15 Canada Sq., London E14 5 GL |
| 14948855 | + | Lawrence and Ashley O'Connor, 156 Martin Ln., Alexandria, VA 22304-7741 |
| 14948857 | + | Matthew H. Kirtland, Esq., Norton Rose Fulbright US LLP, 799 9th St., NW, Suite 1000, Washington, DC 20001-5328 |
| 15378176 | + | Mazhit and Nurgul Ablyazova, 1631 Colonial Hills Dr., McLean, VA 22102-2940 |
| 14979219 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948850 | | EDI: AMEREXPR.COM | May 18 2021 03:38:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14993671 | | EDI: BECKLEE.COM | May 18 2021 03:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948853 | | EDI: DISCOVER.COM | May 18 2021 03:33:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14964290 | | EDI: DISCOVER.COM | May 18 2021 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14948897 | | EDI: IRS.COM | May 18 2021 03:38:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14948851 | | EDI: JPMORGANCHASE | May 18 2021 03:33:00 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15378175 | + | Email/Text: arlegal@lerner.com | May 18 2021 02:29:00 | Lerner Enterprises, Attn: J. Patrick May, Esq., 2000 Tower Oaks Blvd., 8th Fl., Rockville, MD 20852-4284 |
| 14948856 | | EDI: TFSR.COM | May 18 2021 03:38:00 | Lexus Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14948896 | | Email/Text: atlreorg@sec.gov | May 18 2021 02:28:00 | U. S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 9

Case 19-12371-BFK    Doc 154    Filed 05/19/21    Entered 05/20/21 00:13:52    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0422-9 | User: huntingto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: VAN015 | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BTA Bank |
| cr | | John Milson and David Standish, as joint receivers |
| 15378300 | *+ | Ahmad O. Noori, M.D., Sahel Yamini, 2506 Coulter Ln., Oakton, VA 22124-1033 |
| 15378301 | *+ | Ellada Studio & Spa Corp., 1458 North Point Village Ctr., Reston, VA 20194-1190 |
| 15378302 | *+ | Lerner Enterprises, Attn: J. Patrick May, Esq., 2000 Tower Oaks Blvd., 8th Fl., Rockville, MD 20852-4284 |
| 15378303 | *+ | Mazhit and Nurgul Ablyazova, 1631 Colonial Hills Dr., McLean, VA 22102-2940 |
| 14948858 | ##+ | Ray W. King, Esq., LeClairRyan, P.C., 999 Waterside Dr., Suite 2100, Norfolk, VA 23510-3336 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Dale Albert | on behalf of Creditor John Milson and David Standish as joint receivers of the assets of Mukhtar Ablyazov, et al. aalbert@ohaganmeyer.com |
| Christopher L. Perkins | on behalf of Creditor John Milson and David Standish as joint receivers of the assets of Mukhtar Ablyazov, et al. christopher.perkins@leclairryan.com |
| Jack Frankel | on behalf of U.S. Trustee John P. Fitzgerald III jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov |
| James K. Donaldson | on behalf of Creditor John Milson and David Standish as joint receivers of the assets of Mukhtar Ablyazov, et al. jed.donaldson@limnexus.com |
| James R. Meizanis, Jr. | on behalf of Creditor BTA Bank jmeizanis@bklawva.com wcasterlinejr@bklawva.com;jroot@bklawva.com;tjones@bklawva.com;mnoble@bklawva.com;wporter@bklawva.com |
| Jeremy B. Root | on behalf of Creditor BTA Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Steven B. Ramsdell | on behalf of Debtor Gaukhar Kabulovna Kussainova sramsdell@tbrclaw.com asemerjian@tbrclaw.com |

TOTAL: 8